UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIDNEY B. HARR )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>NORTH CAROLINA JUDICIAL )<br>STANDARDS COMMISSION )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:24-CV-295-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant'S motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 27, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED and this case is dismissed for lack of subject matter jurisdiction.

**This judgment Filed and Entered on November 27, 2024, and Copies To:**
Sidney B. Harr (via US mail) at P O Box 10153, Raleigh, NC 27605
Chris D. Agosto Carreiro / Elizabeth O'Brien (via CM/ECF Notice of Electronic Filing)

November 27, 2024        PETER A. MOORE, JR., CLERK

                                      /s/Sandra K. Collins
                                      (By)Sandra K. Collins, Deputy Clerk